# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **5:25-cv-00843-DTB**                                      Date: **July 9, 2025**

Title: **Nelson Chilin v. 780 S. Rochester Property Management, Inc., et al.**
=================================================================
**DOCKET ENTRY**
=================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:              ATTORNEYS PRESENT FOR DEFENDANT(S):
        None present                                                    None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

  Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.  See Fed. R. Civ. P. 4(m).  Generally, a defendant must answer the complaint within 21 days after service, or 60 days if the defendant is the United States.  See Fed. R. Civ. P. 12(a).  In addition, "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."
Fed. R. Civ. P. 15(a)(3).

  In the present case, Plaintiff has not named any Doe defendants and the time to serve the summons and complaint has now lapsed.   Further, Plaintiff has not filed a motion for default judgment in accordance with the Local Rules.

  Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing **no later than seven days from the date of this Order** why this action should not be dismissed for lack of prosecution.

  It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute this action diligently.  If necessary, Plaintiff must also pursue Rule 55 remedies promptly upon the default of any defendant.

MINUTES FORM 11                                                          Initials of Deputy Clerk  RAM
CIVIL-GEN

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a written response.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with court orders.** <u>See</u> **Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**